IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:12-CV-00420-DSC

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA, as subrogee of YW Enterprise Group d/b/a Yama Asian Fusion Restaurant | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| BROWN INDUSTRIES, INC. d/b/a PRECISION PLUMBING, | ) ) ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

Comes now the Plaintiff, The Travelers Indemnity Company of America, as subrogee of YW Enterprise Group d/b/a Yama Asian Fusion Restaurant, and the Defendant, Brown Industries, Inc., d/b/a Precision Plumbing, by their respective counsel, having reached an agreement satisfactory to the parties concerning the resolution of the above-styled matter, and the Court being duly and sufficiently advised:

**IT IS HEREBY ORDERED AND ADJUDGED** that all of the claims asserted by Plaintiff, The Travelers Indemnity Company of America, as subrogee of YW Enterprise Group d/b/a Yama Asian Fusion Restaurant, against the Defendant, Brown Industries, Inc., d/b/a Precision Plumbing, in this matter are dismissed in their entirety with prejudice. Each party shall bear its own costs. This is a final and appealable Order, and there is no just cause for delay.

**SO ORDERED**.

Signed: April 29, 2013

_____
David S. Cayer
United States Magistrate Judge

**HAVE SEEN AND AGREED TO:**

s/ Albert S. Nalibotsky
Albert S. Nalibotsky, Esquire
H. Lee Falls, Esquire
QUICK, WIDIS & NALIBOTSKY, PLLC
2115 Rexford Road, Suite 100
Charlotte, NC  28211
Phone:   704-364-2500
Fax:       704-365-8734
Email:            analibotsky@qwnlaw.com
Email:            lfalls@qwnlaw.com

*Counsel for Plaintiff*


s/ Michael G. Gibson (with permission)
Michael G. Gibson, Esquire
Russell M. Racine, Esquire
DEAN & GIBSON, PLLC
301 S. McDowell Street, Suite 900
Cameron Brown Building
Charlotte, NC  28204
Phone:   (704) 372-2700
Fax:       (704) 372-1804
Email:            mgibson@deanandgibson.com
Email             rracine@deanandgibson.com

*Counsel for Defendant*